## ATTACHMENT A
*Persons to be Searched*



FERNANDO ALEJANDRO LOPEZ

AKA: ALEX GARLOCK

D.O.B: XX/XX/2004[1]

White Male;

Height: 5'11"; Weight: 145lb;

Black Hair, Blue Eyes

SSN: XXX-XX-6011

---

[1] The full date of birth and SSN are known to me, but I have not included it here because it contains personally identifiable information.