## ATTACHMENT B
*Particular Things to be Seized*

DNA samples in the form of saliva and buccal cells from Fernando Alejandro LOPEZ AKA Alex GARLOCK ("LOPEZ"). The oral swabs will be collected from the inside cheek portion of the mouth and lip to sufficiently collect buccal cells pursuant to the standard practices and procedures employed by the ATF for DNA testing.